Entered on Docket February 12, 2016

**Below is the Order of the Court.**

_____
**Christopher M. Alston
U.S. Bankruptcy Judge**
(Dated as of Entered on Docket date above)

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

In re:

RYAN B RITTER and

EMILY I RITTER ,

      Debtor(s).

IN CHAPTER 13 PROCEEDING
NO. 14-14107-CMA

ORDER APPROVING POST-CONFIRMATION MODIFICATION OF PLAN

THIS MATTER having come before the Court upon the Chapter 13 Trustee's motion for post-confirmation modification of plan, based on the agreement of the parties, it is:

ORDERED that the debtors' Chapter 13 plan is modified such that debtor's plan payment shall increase to $2,422.84 per month beginning March 1, 2016; and

ORDERED that the terms of the previously entered Order Confirming Chapter 13 Plan shall continue to apply except to the extent such terms are inconsistent with this order.

/ / /End of Order/ / /

ORDER APPROVING POST-
CONFIRMATION MODIFICATION
OF PLAN - 1

Chapter 13 Trustee
600 University St. #2200
Seattle, WA 98101-4100
(206) 624-5124 FAX 624-5282

Presented by:

*/s/ K. Michael Fitzgerald*
K. MICHAEL FITZGERALD, WSBA #8115
Chapter 13 Trustee
600 University St. #2200
Seattle, WA 98101-4100
(206) 624-5124

Approved by:


*/s/ Antoinette Davis*         [approved by email: 2/10/16]
ANTOINETTE M. DAVIS, WSBA #29821
Attorney for Debtors

ORDER APPROVING POST-
CONFIRMATION MODIFICATION
OF PLAN - 2

Chapter 13 Trustee
600 University St. #2200
Seattle, WA 98101-4100
(206) 624-5124 FAX 624-5282

Case 14-14107-CMA    Doc 46    Filed 02/12/16    Ent. 02/12/16 12:51:42    Pg. 2 of 2